The Honorable Marsha J. Pechman

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DEBI HUMANN,<br><br>                  Plaintiff,<br><br>     vs.<br><br>CITY OF EDMONDS, a municipal corporation; and  MICHEAL COOPER, in his individual and official capacities,<br><br>                  Defendants. | CASE NO.:  2:13-cv-00101-MJP<br><br>**PLAINTIFF'S VOIR DIRE QUESTIONS** |

   Plaintiff proposes the following voir dire questions:

1. Do any of you recognize, or have you heard of, plaintiff Debi Humann?

2. Do any of you recognize, or have you heard of, defendant Michael Cooper?

3. Does anyone live in Edmonds?

4. Does anyone work for the City of Edmonds?

5. Does anyone live in Snohomish County?

6. Does anyone know any of the attorneys?

    a. Beth Barrett Bloom

    b. Jillian M. Cutler

    c. Jayne L. Freeman

    d. John Kugler

PLAINTIFF'S VOIR DIRE QUESTIONS -1
2:13-CV-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

7. Does anyone know the judge and/or any of the courtroom employees?

8. Does any member of the jury panel know another panel member?

9. Does anyone read the *Seattle Times*?

10. Does anyone read the *Everett Herald*?

11. Has anyone ever served as a juror in a criminal trial?

12. Has anyone ever served as a juror in a civil trial?

13. Has anyone ever served as a grand juror?

14. If you have served as a juror, did the jury reach a verdict?

15. Does anyone need an accommodation to help you listen or sit during the trial?

16. Has anyone ever been involved in a legal dispute – meaning a claim or a law suit?

17. Does anyone have a family member who has been involved in a legal dispute – meaning a claim or a law suit?

18. Does anyone have a friend who has been involved in a legal dispute – meaning a claim or a law suit?

19. If you, a family member, or friend has been involved in a legal dispute, did the dispute involve an employment matter?

20. Does anyone believe that if something bad happens to someone, it is usually that person's fault?

21. Does anyone feel that employees should not sue employers for being treated badly in the workplace?

22. Does anyone believe juries usually award too much money?

23. Does anyone believe that people should be awarded damages for pain and suffering only if they have been injured physically?

24. Would anyone have difficulty awarding monetary compensation for emotional distress, humiliation, embarrassment, or damage to professional reputation?

25. Does anyone have specialized knowledge – meaning education or training – in human resource management?

PLAINTIFF'S VOIR DIRE QUESTIONS -2
2:13-CV-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

26. Has anyone, or a close family member, ever had difficulty in finding a job?

27. Has anyone ever been fired from a job?

28. Has anyone ever supervised other employees as part of their job?

29. Has anyone here ever made the decision to fire another employee?

30. Does anyone have any specific beliefs or opinions about people who report government corruption or misuse of public funds that would make it difficult for you to be fair and impartial in this case, which involves alleged retaliation against a whistleblower?

31. Does anyone have any specific beliefs or opinions about lawsuits against the Government that would make it difficult for you to be fair and impartial in this case, which involves a lawsuit against the City of Edmonds?

32. Having heard the questions put to you by the court, does any other reason suggest itself to you as to why you could not sit on this jury and render a fair verdict based on evidence presented to you and in the context of the court's instructions to you on the law?

33. The court staff passed along a list of witnesses expected to testify at trial. Do any of you know the witnesses?

    A. Witness List
        1) Nancy Bartley
        2) Steve Bernheim
        3) Diane Buckshnis
        4) Sharon Cates
        5) Sandy Chase
        6) Stephen Clifton
        7) Kimberly Cole
        8) Al Compaan
        9) Claire Cordon
        10) Susan Coskey
        11) Courtney Craft
        12) Adrienne Fraley-Monillas

PLAINTIFF'S VOIR DIRE QUESTIONS -3
2:13-CV-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

13) Don Gough

14) Gary Haakenson

15) Oscar Halpert

16) MaryAnn Hardie

17) Carrie Hite

18) Shawn Hunstock

19) Debbie Karber

20) Mary Leider

21) Norma Middleton

22) Scott Passey

23) Robert T. Patton

24) Strom Peterson

25) Lora Petso

26) K. Michael Plunkett

27) Pat Ratliff

28) Sheila Romoff

29) Loren Simmonds

30) Jeff Taraday

31) Jim Tarte

32) Sheila D. Underwood

33) Bob Uptagraft

34) Mia Wadleigh

35) James C. Webber

36) Phil Williams

37) D.J. Wilson

38) Teresa Wippel

//

PLAINTIFF'S VOIR DIRE QUESTIONS -4
2:13-CV-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

Respectfully submitted this 10th day of September, 2014.

         FRANK FREED SUBIT & THOMAS, LLP

      By: */s/Jillian M. Cutler*
         Jillian M. Cutler, WSBA #39305
         Beth Barrett Bloom, WSBA #31702
         Email: jcutler@frankfreed.com
             bbloom@frankfreed.com
         Attorneys for Plaintiff Debi Humann

PLAINTIFF'S VOIR DIRE QUESTIONS -5
2:13-CV-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

# CERTIFICATE OF ELECTRONIC FILING

I, Sheila Romoff, hereby certify that on September 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants City of Edmonds**

Jayne L. Freeman
Keating, Bucklin & McCormack
800 Fifth Avenue, Suite 4141
Seattle, WA 98104-3175

**Attorneys for Defendant Micheal Cooper**

John T. Kugler
Turner Kugler Law, PLLC
4700 42nd Ave. SW, Suite 5940
Seattle, WA 98116

I also hereby certify that I have mailed by U.S. Postal Service, First Class Postage prepaid, the foregoing document to the following non-CM/ECF participants: NONE.

DATED this 10th day of September, 2014 at Seattle, Washington.

_____
Sheila Romoff

PLAINTIFF'S VOIR DIRE QUESTIONS -6
2:13-CV-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711