The Honorable Marsha J. Pechman
Trial Date: October 27, 2014

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DEBI HUMANN,

        Plaintiff,

  vs.

CITY OF EDMONDS, a municipal corporation; and MICHAEL COOPER, in his individual and official capacities,

        Defendants.

CASE NO.: 2:13-cv-00101-MJP

**JOINT FINAL TRIAL WITNESS LIST**

The parties submit the following as their final list of trial witnesses:

1. Nancy Bartley
2. Steve Bernheim
3. Diane Buckshnis
4. Sharon Cates
5. Sandy Chase
6. Stephen Clifton
7. Micheal Cooper
8. Kimberly Cole (via video)
9. Al Compaan
10. Claire Cordon

JOINT FINAL TRIAL WITNESS LIST - 1
2:13-cv-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

11. Susan Coskey

12. Courtney Craft

13. Dave Gossett

14. David Earling

15. Adrienne Fraley-Monillas

16. Gary Haakenson

17. MaryAnn Hardie

18. Carrie Hite

19. Debi Humann

20. Shawn Hunstock

21. Robert T. Patton

22. Lora Petso

23. Strom Peterson

24. K. Michael Plunkett

25. Jeff Taraday

26. Jim Tarte

27. Mia Wadleigh

28. James "Jim" C. Webber

29. Phil Williams

30. Teresa Wippel

DATED this 24th day of October, 2014

               FRANK FREED SUBIT & THOMAS, LLP

               By: /s/ Jillian M. Cutler
                   Beth Barrett Bloom, WSBA #31702
                   Jillian M. Cutler, WSBA #39305
                   Attorneys for Plaintiff Debi Humann

JOINT FINAL TRIAL WITNESS LIST - 2
2:13-cv-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

KEATING BUCKLIN & McCORMACK, INC, PS


By: /s/ Jayne L. Freeman   (via email approval)
    Jayne L. Freeman, WSBA # 24318
    Attorneys for City of Edmonds


TURNER KUGLER LAW, PLLC


By: /s/ John T. Kugler (via email approval)
    John T. Kugler, WSBA # 19960
    Attorney for Defendant Micheal Cooper

JOINT FINAL TRIAL WITNESS LIST - 3
2:13-cv-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

## CERTIFICATE OF ELECTRONIC FILING

I, Sheila Romoff, hereby certify that on October 24, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants City of Edmonds**

Jayne L. Freeman
Keating, Bucklin & McCormack
800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175

**Attorneys for Defendant Michael Cooper**

John T. Kugler
Turner Kugler Law, PLLC
4700 42nd Ave. SW, Suite 5940
Seattle, WA  98116

I also hereby certify that I have mailed by U.S. Postal Service, First Class Postage prepaid, the foregoing document to the following non-CM/ECF participants:   NONE.

DATED this 24th day of October, 2014 at Seattle, Washington.

_/s/ Sheila Romoff_
Sheila Romoff

JOINT FINAL TRIAL WITNESS LIST - 4
2:13-cv-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711