The Honorable Marsha J. Pechman
Trial Date: October 27, 2014

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

DEBI HUMANN,

              Plaintiff,

   vs.

CITY OF EDMONDS, a municipal
corporation; and  MICHAEAL COOPER,
in his individual and official capacities,

            Defendants.

CASE NO.:  2:13-cv-00101-MJP

~~PROPOSED~~ PRETRIAL ORDER

## I.   JURISDICTION

The Court has jurisdiction over Ms. Humann's federal claims under 28 U.S.C § 1331 and 28 U.S.C. § 1343(a). The Court has supplemental jurisdiction over Ms. Humann's state law claims under 28 U.S.C. § 1367(a).

## II.   CLAIMS AND DEFENSES

Ms. Humann claims that the City of Edmonds wrongfully terminated her in violation of Washington public policy when Mayor Cooper terminated her in September 2011 and when Mayor Earling laid her off in December 2011.  She is pursuing First Amendment retaliation claims against the City based on the City Council's decision to eliminate funding for the Human Resources Director position in November 2011 and for Mayor Earling's decision to lay her off in December 2011.  Ms. Humann also claims that defendant Micheal

PRETRIAL ORDER - 1
2:13-cv-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98101-1798  (206) 682-6711

Cooper and the City of Edmonds deprived her liberty interest without Fourteenth Amendment due process and defamed her. Defendants deny all claims.

### III.   ADMITTED FACTS

The following facts are admitted by the parties:

1.     Plaintiff Debi Humann worked at the City of Edmonds for 12 years. She spent 11 of those years working in the Human Resources Department.

2.     Ms. Humann was promoted to Human Resources Manager in 2004 by former Mayor Gary Haakenson. Ms. Humann was promoted to Human Resources Director in July 2008 by former Mayor Haakenson.

3.     The Human Resources Director at the City of Edmonds is an at-will position.

4.     Human Resources Analyst Mary Ann Hardie reported to Ms. Humann. Ms. Hardie and Ms. Humann were the only two employees in the Human Resource Department during the times at issue in this case.

5.     In July 2010, the Edmonds City Council appointed Defendant Micheal Cooper to complete the term of the prior mayor, Gary Haakenson.

6.     In August 2010, Mayor Cooper hired Kimberly Cole as his Executive Assistant.

7.     Mayor Cooper was Ms. Cole's direct supervisor. He approved her exception time sheet reports.

8.     The Mayor's Executive Assistant is an "exempt" position which is paid by salary, not by an hourly wage.

9.     When Ms. Humann informed Mayor Cooper in September 2011 that the State Auditor's office had requested records relating to Cole's attendance and exception time sheets, Cooper instructed her to cooperate with the Auditor's office.

10.     On September 22, 2011, Mayor Cooper discharged Ms. Humann from employment.

PRETRIAL ORDER - 2
2:13-cv-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

11.    Mayor Cooper announced his decision to terminate Ms. Humann in a statement that was sent to the City Council, all City Directors, and local press.   Mayor Cooper stated:

> I am sending this email to inform you that Debi Humann is [no] longer employed by the City. This is not a decision that came lightly but a change was needed. The city's ability to function relies on a relationship between the Mayor and staff that is based on the highest level of trust and confidentiality. That level of trust has deteriorated to a place where I no longer had confidence in her ability to do the job and to work effectively with me. In order to have the public trust the city needs a committed staff that maintains that highest level of trust with the mayor and council.

12.    On September 22, 2011, Mayor Cooper appointed Parks Recreation and Community Services Director Carrie Hite to take on additional duties as of Interim Human Resources Director.

13.    Following Ms. Humann's termination, Mayor Cooper appointed Human Resource Analyst Mary Ann Hardie to Acting Human Resources Manager.

14.    On October 12, 2011, Ms. Humann filed a complaint with the City challenging her termination pursuant to City of Edmonds Personnel Policy 10.3 and the Local Government Employee Whistleblower Protection Act, RCW 42.41.050. Ms. Humann's complaint sought reinstatement to her position as Human Resources Director, full back pay and benefits, and attorney's fees and costs

15.    On October 13, Ms. Humann's attorney, Cliff Freed, issued a press release regarding the complaint.  In addition, Ms. Humann made statements to the press in which she asserted that she was fired for whistleblowing activity.

16.    David Earling defeated Mayor Cooper in the November 6 election.

17.    As Mayor, Cooper and his administrative staff created and proposed a budget for 2012.   Cooper's proposed 2012 budget contained no proposal to eliminate the Human Resources Director position, nor to eliminate funding for this position.

18.    November 22, 2011, was Mayor Cooper's last City Council meeting in office.

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

19.     On November 22, 2011 the City Council voted to amend the proposed 2012 budget by eliminating funding for the vacant Human Resources Director position, effective January 1, 2012.  The Council passed Ordinance No. 3861 adopting the 2012 budget with the amendment.

20.     Mayor Earling was sworn into office on November 29, 2011.

21.     On December 13, 2011, Mayor Earling announced he had decided to reinstate Ms. Humann to her position as Human Resources Director and lay her off on December 31, 2011.

22.     Mayor Earling reinstated Ms. Humann as Human Resources Director for two weeks from December 15 to December 31.

On December 31, 2011, the City of Edmonds laid off Ms. Humann. **IV.     THE CITY OF EDMONDS' AFFIRMATIVE DEFENSES**

1.     Failure to Mitigate Damages: Plaintiff failed to mitigate damages by declining job offers made to her.

2.     Legislative Immunity/Deliberative Process privilege:  The City cannot be liable for legislative decisions made by the City Council, nor can local legislators be questioned about their individual motives for voting on proposed legislation.

3.     Absolute/Qualified Privilege (defamation): Statements made by Mayor Cooper in his official capacity regarding City matters are privileged and therefore not actionable in defamation.

4.     Collateral Estoppel: Plaintiff should be estopped from seeking backpay that she has already recovered for the period of September – December of 2011.

5.     Accord & Satisfaction: The City has previously satisfied Plaintiff's claim for backpay for September – December of 2011.

**V.     DEFENDANT COOPER'S AFFIRMATIVE DEFENSES**

1.     Defendant Cooper is entitled to qualified and absolute immunity.

2.     Defendant Cooper's statements relating to Plaintiff were true, opinion, not

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

provably false, fair comment, protected speech, privileged and not defamatory.

3.     Plaintiff's claim for back pay and other damages which resulted from Defendant Cooper's decision to discharge her from employment are barred by the doctrines of res judicata, collateral estoppel, issue preclusion and/or claim preclusion.

4.     There has been an accord and satisfaction as to Plaintiff's claim for back pay and other damages which resulted from Defendant Cooper's decision to discharge her from employment.

5.     Plaintiff has failed to mitigate damages.

6.     In the event there is a judgment entered against Defendant Cooper, he is entitled to an offset for advance payments made by or on behalf of the defendants, including the sums paid as a result of the settlement of Plaintiff's administrative claim for back pay and other damages.

## VI.   STIPULATED ISSUES OF LAW

1.     As Mayor, Defendant Cooper had final policy making authority from the City of Edmonds regarding issues of employment.

2.     Defendant Cooper was acting as the final policy maker for the City of Edmonds when he terminated Ms. Humann and when he made a public statement about her termination.

3.     Defendant Cooper was acting within the scope of his authority as Mayor of the City of Edmonds when he made a public statement about Ms. Humann's termination.

4.     Mayor Earling had final policy making authority from the City of Edmonds regarding issues of employment.

5.     Mayor Earling was acting as the final policy maker for the City of Edmonds when he decided to reinstate and layoff Ms. Humann.

6.     Mayor Earling was acting within the scope of his authority as Mayor of the City of Edmonds when he decided to reinstate and layoff Ms. Humann.

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

7.   Ms. Humann accepted an offer of judgment from the City of Edmonds regarding her claim for back pay and benefits from the date of her September 22, 2011 termination until her December 15, 2011 reinstatement.  Humann received $33,000.00 for her back pay and benefits, plus $5,500.00 in pre-judgment interest, $48,533.80 in attorneys' fees, and $3,223.40 in costs.

## VII.  PLAINTIFF'S ISSUES OF LAW

The following are the issues of law remaining to be determined by the Court:

1.   At the close of evidence Ms. Humann intends to move under Rule 50 for a ruling that, even if accepted as true, the City's asserted reasons for terminating and laying off Ms. Humann cannot, as a matter of law, be an overriding justification that outweighs Washington public policy.

2.   Whether Ms. Humann should be permitted to call an adverse witness, use leading questions, and limit the testimony of that witness to the scope of Plaintiff's direct examination.

Plaintiff reserves the right to supplement this section if significant legal issues remain that should be addressed by the Court.

## VIII.      DEFENDANT CITY OF EDMONDS' ISSUES OF LAW

Defendant City of Edmonds agrees many of the issues of law that would arise at trial will likely be addressed in the court's ruling on the motions for summary judgment and in relation to proposed jury instructions. In addition, the court may need to decide:

1.   Whether Plaintiff is estopped form pursuing back pay for the period September – December of 2011, given her acceptance of a prior offer of judgment that compensated her for that period. This issue/evidence should not go to the jury, but should be decided by the court.

2.   Whether Plaintiff should be barred from seeking front pay beyond December 31, 2011 in light of the fact that the position of Human Resources Director was not included in the 2012 budget legislatively adopted by the Edmonds City Council.

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

3.      Whether Plaintiff should be barred from seeking reinstatement in light of the fact that the position of Human Resources Director was not included in the 2012 budget legislatively adopted by the Edmonds City Council and she is afforded an adequate remedy at law.

Defendant reserves the right to supplement this section if significant legal issues remain that should be addressed by the court.

## IX.      DEFENDANT COOPER'S ISSUES OF LAW

1.      Whether Defendant Cooper is entitled to absolute and/or qualified immunity.

2.      Whether Defendant Cooper's statements relating to Plaintiff were opinion, not provably false, fair comment, protected speech, privileged and/or not defamatory.

3.      Whether Plaintiff's claim for back pay and other damages which resulted from Defendant Cooper's decision to discharge her from employment are barred by the doctrines of res judicata, collateral estoppel, issue preclusion and/or claim preclusion.

4.      Whether there has been an accord and satisfaction as to Plaintiff's claim for back pay and other damages which resulted from Defendant Cooper's decision to discharge her from employment.

5.      Whether, in the event there is a judgment entered against Defendant Cooper, he is entitled to an offset for advance payments made by or on behalf of the defendants, including the sums paid as a result of the settlement of Plaintiff's administrative claim for back pay and other damages.

6.      Whether Plaintiff should be barred from calling Nancy Bartley as a witness because plaintiff never disclosed this person as a possible witness in initial disclosures, during discovery or in her pretrial statement.

## X.      EXPERT WITNESSES

The names and addresses of the expert witnesses to be used by each party at trial and the issue upon which each will testify is:

PRETRIAL ORDER - 7
2:13-cv-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

**A.    On behalf of plaintiff:**

1.    Robert T. Patton, Ph.D.                    *Will Testify*
      1100 Chuckanut Crest Lane
      Bellingham, WA  98229

Dr. Patton will testify regarding Ms. Humann's economic damages.

2.    James C. Webber                           *Will Testify*
      Jim Webber Training-Consulting-Investigations
      218 Main Street, PMB 304
      Kirkland, WA  98033
      (206) 601-9249

Mr. Webber will be called to testify about his investigation into Ms. Cole's allegations of hostile work environment, his communications with City employees, officials, and attorneys, and his investigation findings and report.

**B.    On behalf of defendant City of Edmonds:**

1.    Claire Cordon                             *May Testify*
      200 1st Avenue W., Suite 402
      Seattle, WA  98119-4923

The City of Edmonds may call Ms. Cordon to testify regarding Human Resources practices and management, reasonable expectations of a Human Resources Director.  Ms. Humann's qualifications and performance in the role of Human Resources Director, and Mayor Cooper's expectations and evaluation of Plaintiff's performance in the position.

## XI.    OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

**A.    On behalf of plaintiff:**

1.    Nancy Bartley                             *May Testify*
      Seattle Times
      1000 Denny Way,
      Seattle, WA 98109
      (206) 464-2111

Ms. Bartley is a journalist who may testify about statements made to the media by City officials and employees.

PRETRIAL ORDER - 8
2:13-cv-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

2.    Debi Humann                    *Will Testify*
        c/o Frank Freed Subit & Thomas
        705 Second Avenue, Suite 1200
        Seattle, WA 98104-1798
        (206) 682-6711

Ms. Humann will testify about her employment at the City of Edmonds, the City's Human Resources Department, Ms. Cole's attendance, her termination, the elimination of funding for the Human Resources Director, her reinstatement and layoff, the media coverage and public attention surrounding these events, and the damages she suffered as a result of defendants' conduct. She may also be called to testify about Ms. Cole's reputation for honesty.

3.    Sharon Cates                *Possible Witness Only*
        Lighthouse Law Group
        1100 Dexter Avenue N., Suite 100
        Seattle, WA 98109-3598
        (206) 273-7440

Ms. Cates may be called to testify about Plaintiff's job performance, the decision to terminate Plaintiff's employment on September 22, 2011, the September 2011 settlement negotiations between Mayor Cooper and Kimberly Cole, and/or Ms. Cates' knowledge of employment law.

4.    Sandy Chase                *Possible Witness Only*
        531 Homeland Drive
        Edmonds, WA 98020

Ms. Chase may be called to authenticate City records, to testify regarding certain requests for public records, and Plaintiff's job performance.

5.    Stephen Clifton            *Will Testify*
        18225 – 85th Place West
        Edmonds, WA 98026

Mr. Clifton will be called to testify about his knowledge regarding Ms. Cole's attendance. He also will be called to testify about Ms. Humann's job performance and her role in attempting to prevent misconduct as it relates to Ms. Cole's attendance and pay. He

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

may be called to testify about the reputation of certain members of the City Council and the

former mayor, and about Ms. Cole's reputation for truthfulness.

6.   Kimberly Cole                    *Possible Witness Only*
     820 Fourth Avenue
     Neptune City, NJ  07753
     (732) 361-5920

Ms. Cole may be called to testify regarding her working and personal relationship

with Mr. Cooper, her experience working in Snohomish County, her experience as member

of the Lynwood City Council, and her employment with the City of Edmonds.    This

testimony will be through deposition transcript.

7.   Al Compaan                       *Will Testify*
     c/o Jayne L. Freeman
     Keating Bucklin & McCormack
     800 Fifth Avenue, Suite 4141
     Seattle, WA  98104-3175
     (206) 623-8861

Mr. Compaan will be called to testify about Ms. Cole's attendance, Ms. Humann's

job performance, termination, the elimination of funding for the City's Human Resources

Director, and Ms. Humann's reinstatement and layoff.  He may also be called to testify about

Ms. Cole's reputation for honesty.

8.   Micheal Cooper                   *Will Testify*
     c/o John T. Kugler
     Turner Kugler Law
     4700 42nd Avenue SW, Suite 5940
     Seattle, WA  98116
     (206) 659-0679

Defendant Cooper will be called to testify regarding Kimberley Cole, his decision to

terminate Ms. Humann's employment on September 22, 2011, his public stigmatizing and

defamatory statements about Ms. Humann and her performance as Human Resources

Director, and the elimination of funding for the Human Resources Director position in

November 2011.

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

9.    Susan Coskey                          *Will Testify*
      11811 Willows Road NE
      Redmond, WA 98052-2003
      (425) 867-4768

Ms. Coskey will be called to testify about the fact and timing of her investigation into

Ms. Humann's October 12, 2011 whistleblower complaint.

10.   Courtney Craft                        *Possible Witness Only*
      3712 East Roosevelt Ave
      Tacoma, WA 98404

Ms. Craft may be called to testify regarding the auditor's hotline complaint and

investigation regarding Ms. Cole and Ms. Craft's interactions with City employees.

11.   Dave Earling                          *Will Testify*
      c/o Jayne L. Freeman
      Keating Bucklin & McCormack
      800 Fifth Avenue, Suite 4141
      Seattle, WA  98104-3175
      (206) 623-8861

Defendant Earling will be called to testify about the elimination of funding for the

Human Resources Director position in November 2011 and the decision to reinstate and

layoff Ms. Humann in December 2011.

12.   Gary Haakenson                        *Will Testify*
      Deputy Executive
      Snohomish County
      3000 Rockefeller, M/S 407
      Everett, WA 98201
      (425) 388-3460

Mr. Haakenson will be called to testify about the City's Human Resources

Department, Ms. Humann's job performance and reputation.  He may also be called to testify

concerning the reputation of certain members of the City Council and the former mayor.

13.   Mary Ann Hardie                       *Will Testify*
      c/o Jayne L. Freeman
      Keating Bucklin & McCormack
      800 Fifth Avenue, Suite 4141
      Seattle, WA  98104-3175

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

(206) 623-8861

Ms. Hardie will be called to testify about the City's Human Resources Department, Ms. Humann's job performance, Ms. Cole's attendance, timesheets, and job performance, and the decisions to terminate Ms. Humann in September 2011, eliminate funding for the Human Resources Director position in November 2011, and reinstate and layoff Ms. Humann in December 2011. She may also be called to testify about Ms. Cole's reputation for honesty.

14.    Carrie Hite                          *Will Testify*
       c/o Jayne L. Freeman
       Keating Bucklin & McCormack
       800 Fifth Avenue, Suite 4141
       Seattle, WA 98104-3175
       (206) 623-8861

Ms. Hite will be called to testify concerning her performance of duties formerly completed by the Human Resource Director, and the structure and function of the Humann Resources Department after September 22, 2011. She will also be called to testify about Ms. Humann's performance, termination, the elimination of funding for the Human Resources Director position and Ms. Humann's reinstatement and layoff.

15.    Strom Peterson                       *Will Testify*
       c/o Jayne L. Freeman
       Keating Bucklin & McCormack
       800 Fifth Avenue, Suite 4141
       Seattle, WA 98104-3175
       (206) 623-8861

Mr. Peterson will be called to testify about Ms. Humann's job performance, Ms. Cole's attendance, Ms. Humann's September 22, 2011 termination and October 12, 2011 whistleblower complaint, the City Council's decision to eliminate funding for the Human Resources Director position, and Ms. Humann's reinstatement and layoff. He will also be called to testify about City Council meetings and his communications with others regarding the 2012 budget and/or Ms. Humann.

PRETRIAL ORDER - 12
2:13-cv-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

16.   Kim Michael Plunkett            *Possible Witness Only*
        2628 – 39th Avenue West
        Seattle, WA 98199

Mr. Plunkett will be called to testify about the City Council's decision to eliminate funding for the Human Resources Director position, and Ms. Humann's reinstatement and layoff.

17.   Jeffrey Taraday                *Possible Witness Only*
        Lighthouse Law Group
        1100 Dexter Avenue N., Suite 100
        Seattle, WA 98109-3598
        (206) 273-7440

Mr. Taraday may be called to testify about his interactions with Ms. Humann, the timing of his communications with City officials and employees regarding Ms. Humann, and/or his knowledge of employment law.

18.   Jim Tarte, Finance Director        *Possible Witness Only*
        4733 – 48th Avenue NE
        Seattle, WA 98005

Mr. Tarte may be called to testify about Ms. Humann's job performance, Ms. Cole's attendance, timesheets, and pay. He may also be called to testify about the 2012 budget process and the City Council's decision to eliminate funding for the Human Resources Director position.

19.   Bob Uptagraft                 *Will Testify*
        c/o Frank Freed Subit & Thomas
        705 Second Avenue, Suite 1200
        Seattle, WA 98104-1798
        (206) 682-6711

Mr. Uptagraft will be called to testify about the emotional distress and reputational harm Ms. Humann suffered as a result of defendants' conduct.

20.   James C. Webber              *Will Testify*
        Jim Webber Training-Consulting-Investigations
        218 Main Street, PMB 304
        Kirkland, WA 98033
        (206) 601-9249

PRETRIAL ORDER - 13
2:13-cv-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

1  Mr. Webber will be called to testify about his investigation into Ms. Cole's

2  allegations of hostile work environment, his communications with City employees, officials,

3  and attorneys, and his investigation findings and report.

4  21.   D.J. Wilson                          *Possible Witness Only*

5         3500 – 188th Street SW, Ste 590
         Lynnwood, WA  98037

6  Mr. Wilson may be called to testify about the decisions to terminate Ms. Humann,

7  eliminate funding for the Humann Resources Director position, and reinstate and layoff Ms.

8  Humann.

9

10  22.   Phil Williams                        *Will Testify*

11        c/o Jayne L. Freeman
         Keating Bucklin & McCormack

12        800 Fifth Avenue, Suite 4141
         Seattle, WA  98104-3175

13        (206) 623-8861

14  Mr. Williams will be called to testify about Ms. Humann's job performance and

15  reputation, Ms. Cole's attendance and job performance, Ms. Humann's termination, the

16  elimination of funding for the Human Resources Director, and Ms. Humann's reinstatement

17  and layoff. He may also be called to testify about Ms. Cole's reputation for honesty.

18  23.   Teresa Wippel                        *Possible Witness Only*

19        23800 74th Avenue W
         Edmonds, WA 98026

20

21  Ms. Wippel is a journalist who may testify about statements made to the media by

22  City officials and employees.

23  24.   Pat Ratliff, Editor                  *Possible Witness Only*
         Edmonds Beacon

24        806 5th Street
         Mukilteo, WA 98275

25

26  Mr. Ratliff is a journalist who may testify about statements made to the media by City
   officials and employees.

27

28  25.   Oscar Halpert                        *Possible Witness Only*
         The Daily Herald Company

PRETRIAL ORDER - 14
2:13-cv-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

PO Box 930
Everett, WA 98206

Mr. Halpert is a journalist who may testify about statements made to the media by City officials and employees.

26.  Dave Gossett                                    *Possible Witness Only*
     5006 239th Pl SW
     Mountlake Terrace, WA 98043

Mr. Gossett may be called to testify about Ms. Cole's employment at the Snohomish County Council, Defendant Cooper's supervision of Ms. Cole, efforts to investigate and discipline Ms. Cole for attendance, and Mr. Gossett's communications with Defendant Cooper regarding these matters.  He may also be called to testify about Ms. Cole's reputation for honesty.

27.  Don Gough                                       *Possible Witness Only*
     Mayor of Lynwood
     19100 4th Avenue W.
     Lynnwood, WA 98046-5008

Mr. Gough may testify about the attendance of Kimberly Cole as an elected City Councilwoman and efforts to investigate and discipline Ms. Cole for attendance.  He may also be called to testify about Ms. Cole's reputation for honesty.

28.  Loren Simmonds                                  *Possible Witness Only*
     Lynnwood City Council President
     19100 4th Avenue W.,
     Lynnwood, WA 98046-5008

Mr. Simmonds may testify about the attendance of Kimberly Cole as an elected City Councilwoman and efforts to investigate and discipline Ms. Cole for attendance.  He may also be called to testify about Ms. Cole's reputation for honesty.

The following additional witnesses may be called to testify for the limited purpose of authenticating documents in the absence of a stipulation or judicial notice thereto, except where noted:

29.  Scott Passey                                    *Possible Witness Only*
     c/o Jayne L. Freeman

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98101-1798  (206) 682-6711

Keating Bucklin & McCormack
800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
(206) 623-8861

Mr. Passey may be called to testify about the authenticity of certain City of Edmonds

public records.

30.    Records Custodian – Seattle University School of Law     *Possible Witness*
Sheila D. Underwood, Registrar     .                          *Only*
901 12th Ave.,
Sullivan Hall
PO Box 22200
Seattle, WA 98122-1090
(206) 398-4150

This individual may be called to testify about the authenticity of certain business

records.

31.    Records Custodian – Snohomish County Council     *Possible Witness Only*
Norma Middleton, HR Systems Manager
3000 Rockefeller Avenue
Everett, WA 98201
(425) 388-3411

This individual may be called to testify about the authenticity of certain public

records.

32.    Records Custodian – Lynnwood City Council     *Possible Witness Only*
Debbie Karber, Deputy City Clerk
191004 4th Avenue W.
Lynnwood, WA 98046-5008
(425) 670-5000

This individual may be called to testify about the authenticity of certain public

records.

33.    Public Records Officer                          *Possible Witness Only*
Washington State Auditor's Office
Sunset Building -- PO Box 40031
Olympia, WA  98504

This individual may be called to testify about the authenticity of certain public

records.

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206)682-6711

34.  Mia Wadleigh                                    *Possible Witness Only*
Frank Freed Subit & Thomas LLP
705 2nd Ave, suite 1200
Seattle, WA  98144
(206) 682-6711

Ms. Wadleigh may be called to testify about the authenticity of trial exhibits, and public records.

35.  Sheila Romoff                                    *Possible Witness Only*
Frank Freed Subit & Thomas LLP
705 2nd Ave, suite 1200
Seattle, WA  98144
(206) 682-6711

Ms. Romoff may be called to testify about the authenticity of trial exhibits, public records, and/or the deposition of Kimberly Cole.

**B.    On behalf of defendant City of Edmonds:**

Defendants anticipate they will or may call the following witnesses at trial; however, the designation of witnesses and scope of testimony may change depending on the court's ruling on the pending motions for summary judgment.

**Will Testify:**

1.  Micheal Cooper, former Mayor of Edmonds
c/o John T. Kugler
Turner Kugler Law, PLLC
4700 - 42nd Avenue SW, Suite 540
Seattle, WA  98116
(206) 659-0679

Mr. Cooper will testify regarding Plaintiff's employment with Edmonds and City operations while he served as Mayor, his decision to terminate her employment, observations of, communications with and regarding Plaintiff, post-termination communications and statements, structure and organization of the City of Edmonds government and operations. If necessary, he may also testify regarding the Council's adoption of the 2012 budget as well.

2.  Dave Earling, Mayor of Edmonds
c/o Jayne L. Freeman

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98101-1798  (206) 682-6711

Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, Suite 4141
Seattle, WA 98104
(206) 623-8861

Mayor Earling will testify regarding his decisions related to Plaintiff's employment and communications with Plaintiff after he was elected in 2011, functioning of the Human Resources Department and the City during his administration, and regarding the subsequent organization, operations, needs, and performance of the Human Resources Department at the City. Mayor Earling may also testify regarding the governmental and operational organization and structure of the City of Edmonds, budget process, and City operations.

3.     Jim Tarte, former Interim Finance Director
       630 SW 149th Street, Suite B
       Burien, WA 98106
       (206) 248-9647

Mr. Tarte will testify regarding knowledge of facts related to Plaintiff's employment, interactions with Plaintiff and Mayor Cooper, the State Auditor's 2011 audit, information provided to the State Auditor, and the City's finance and payroll operations.

4.     MaryAnn Hardie, Human Resources Manager
       City of Edmonds
       121 5th Avenue N.
       Edmonds, WA 98020
       (425) 775-2525

Ms. Hardie will testify regarding working in the Human Resources Department at Edmonds, work with and/or communications with Plaintiff, Mayor Cooper, and others regarding Plaintiff's employment, organization, operations and functioning of the Human Resources Department and work completed prior to and subsequent to Ms. Humann's termination.

5.     Carrie Hite Parks, Recreation, Cultural Services Director and HR Reporting
       Director
       c/o Jayne L. Freeman
       Keating, Bucklin & McCormack, Inc., P.S.
       800 Fifth Avenue, Suite 4141

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

Seattle, WA 98104
(206) 623-8861

Ms. Hardie will testify regarding work and/or communications with Plaintiff, Mayor Cooper and others regarding Plaintiff's employment, organization, budgeting, operations and functioning of the Human Resources Department and the City, including work completed prior to and subsequent to Ms. Humann's termination.  She also may testify regarding information provided to the State Auditor and may have worked with and/or communicated with Plaintiff.

6.   Sandy Chase, Former City Clerk
     c/o Jayne L. Freeman
     Keating, Bucklin & McCormack, Inc., P.S.
     800 Fifth Avenue, Suite 4141
     Seattle, WA 98104
     (206) 623-8861

Ms. Chase will testify regarding working and/or communicating with Plaintiff, Mayor Cooper, and others at the City of Edmonds, as well as her role and procedures involved in responding to Public Records Requests, and City operations.

7.   Sharon Cates, Lighthouse Law Group, Asst. City Attorney
     c/o Jayne L. Freeman
     Keating, Bucklin & McCormack, Inc., P.S.
     800 Fifth Avenue, Suite 4141
     Seattle, WA 98104
     (206) 623-8861

Ms. Cates will testify regarding communications with Plaintiff and/or observed conduct by Plaintiff.  By identifying Ms. Cates as an individual with knowledge of facts, the City does not intend to waive any attorney-client, work product, executive session, or other privileges that may apply.

8.   Jeff Taraday, Lighthouse Law Group, City Attorney
     c/o Jayne L. Freeman
     Keating, Bucklin & McCormack, Inc., P.S.
     800 Fifth Avenue, Suite 4141
     Seattle, WA 98104
     (206) 623-8861

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

Mr. Taraday will testify regarding communications with Plaintiff and/or observed conduct by Plaintiff. Depending on the issues at trial, Mr. Taraday may be called to testify regarding non-privileged communications with Mayors and Councilmembers of the City of Edmonds. By identifying Mr. Taraday as an individual with knowledge of facts, the City does not intent to waive any attorney-client work product, executive session, or other privileges that may apply.

9.    K. Michael Plunkett
Former Edmonds Councilmember
c/o counsel Michael Bolasina
Summit Law Group, PLLC
315 5th Avenue S., Suite 1000
Seattle, WA  98104
(206) 676-7000

Mr. Plunkett will testify regarding interactions and communications with and observations of Plaintiff in her role as Human Resources Director for the City of Edmonds, City governmental and operational structure, operations, budget, Council and committee meetings. If necessary, Mr. Plunkett will also testify regarding the City Council's adoption of the 2012 budget and related proceedings.

**May Testify**:

10.    Kimberly Cole, former employee

Address:

Ms. Cole may testify via video deposition regarding her interactions with and Plaintiff and Mayor Cooper, complaints about Ms. Humann, and facts related to her own employment with Edmonds.

11.    Diane Buckshnis, Councilmember
c/o Jayne L. Freeman
Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, Suite 4141
Seattle, WA  98104
(206) 623-8861

PRETRIAL ORDER - 20
2:13-cv-00101-MJP

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98101-1798  (206) 682-6711

Ms. Buckshnis may testify regarding plaintiff's conduct and/or engaging in communications with or regarding Plaintiff and/or the Human Resources and/or finance staff, issues, or committees, City of Edmonds governmental and organizational structure, City operations, business, and finances. By identifying this individual as potentially having knowledge of information, the City does not intend to waive any privileges that may apply to such knowledge, including but not limited to attorney-client or work product privileges or Executive Session privileges. If necessary depending on the issues remaining at trial, this witness may also testify regarding the City budget, Council meetings, and adoption of the 2012 budget.

12. Steve Bernheim, Former Councilmember
c/o Jayne L. Freeman
Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, Suite 4141
Seattle, WA 98104
(206) 623-8861

Mr. Bernheim may testify regarding plaintiff's conduct and/or communications with or regarding Plaintiff and/or the Human Resources and/or finance staff, issues, or committees, City of Edmonds governmental and organizational structure, City operations, business, and finances. By identifying this individual as potentially having knowledge of information, the City does not intend to waive any privileges that may apply to such knowledge, including but not limited to attorney-client or work product privileges, or Executive Session privileges. If necessary depending on the issues remaining at trial, this witness may also testify regarding the City budget, Council meetings, and adoption of the 2012 budget.

13. Adrienne Fraley-Monillas, Councilmember
c/o Jayne L. Freeman
Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, Suite 4141
Seattle, WA 98104
(206) 623-8861

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

This individual may have witnessed plaintiff's conduct and/or engaged in communications with or regarding Plaintiff, and/or the Human Resources and/or finance staff, issues, or committees, City of Edmonds governmental and organizational structure, City operations, business, and finances, including labor negotiations. By identifying this individual as potentially having knowledge of information, the City does not intend to waive any privileges that may apply to such knowledge, including but not limited to attorney-client or work product privileges or Executive Session privileges. If necessary depending on the issues remaining at trial, this witness may also testify regarding the City budget, Council meetings, and adoption of the 2012 budget.

> 14.  Strom Peterson, Councilmember
> c/o Jayne L. Freeman
> Keating, Bucklin & McCormack, Inc., P.S.
> 800 Fifth Avenue, Suite 4141
> Seattle, WA 98104
> (206) 623-8861

This individual may have witnessed plaintiff's conduct and/or engaged in communications with or regarding Plaintiff and/or the Human Resources and/or finance staff, issues, or committees, City of Edmonds governmental and organizational structure, City operations, business, and finances. By identifying this individual as potentially having knowledge of information, the City does not intend to waive any privileges that may apply to such knowledge, including but not limited to attorney-client or work product privileges or Executive Session privileges. If necessary depending on the issues remaining at trial, this witness may also testify regarding the City budget, Council meetings, and adoption of the 2012 budget.

> 15.  Lora Petso, Councilmember
> c/o Jayne L. Freeman
> Keating, Bucklin & McCormack, Inc., P.S.
> 800 Fifth Avenue, Suite 4141
> Seattle, WA 98104
> (206) 623-8861

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

This individual may have witnessed plaintiff's conduct and/or engaged in communications with or regarding Plaintiff and/or the Human Resources and/or finance staff, issues, or committees, City of Edmonds governmental and organizational structure, City operations, business, and finances. By identifying this individual as potentially having knowledge of information, the City does not intend to waive any privileges that may apply to such knowledge, including but not limited to attorney-client or work product privileges or Executive Session privileges. If necessary depending on the issues remaining at trial, this witness may also testify regarding the City budget, Council meetings, and adoption of the 2012 budget.

      16.     Courtney Craft, State Auditor's Office
              Washington State Auditor's Office
              3501 Colby Ave, Suite 100B
              Everett, WA 98201
              (425)257-2149

Ms. Craft may testify regarding knowledge of the State Auditor's Office communications with Edmonds employees and audit activities.

      17.     Shawn Hunstock, Finance Director
              c/o Jayne L. Freeman
              Keating, Bucklin & McCormack, Inc., P.S.
              800 Fifth Avenue, Suite 4141
              Seattle, WA 98104
              (206) 623-8861

Mr. Hunstock may be called to testify regarding City of Edmonds organizational structure, operations, Finance Department, budget, and activities involving the State Auditor's Office.

**A.    On behalf of defendant Cooper:**

1.    Defendant Cooper may call the witnesses identified in Defendant City of Edmonds and David Earling's Pretrial Statement, which is incorporated herein by reference.

2.    In addition, this defendant may call:

      DJ Wilson                                 *Possible Witness Only*
      c/o Jayne L. Freeman

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Ave., Ste. 4141
Seattle, WA 98104
(206) 623-8861

Mr. Wilson may testify regarding working and communicating with Plaintiff, his observations of Plaintiff's conduct and behavior toward Council Members, and his knowledge as set forth in his deposition taken in this matter.

## XII.   EXHIBITS

### B.  Plaintiff Debi Humann's Exhibits (#1 – 167)

| Exhibit No. | Date | Bates No. | Document | Admiss. Stip. | Auth. Stip. / Admiss. disputed | Auth./ Admiss. disputed | Admitted |
|---|---|---|---|---|---|---|---|
| 1. | (2010-2011) | ED 1041-43 | Human Resources Analyst Job Description | x | | | |
| 2. | (2011-2011) | ED 1044-1046 | Human Resources Director Job Description | x | | | |
| 3. | 1/1/06 & 1/1/10 | DHRPR-00710; DHRPR-00669 | Debi Humann Human Resources Certifications 1/1/2006 & 1/1/2010 | x | | | |
| 4. | 2014 | Cordon Ex. 11 | HR Certification Institute Materials | | | x | |
| 5. | | | Summary of Humann Performance Evaluations (FRE 1006) | | | x | |
| 6. | 1999-2010 | See Exhibit 6 PDF | Humann Performance Evaluations | | x | | |
| 7. | | | Summary of Humann Human Resources Training & Education (FRE 1006) | | | x | |

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

| 8. | | See Exhibit 8 PDF | Humann Training & Education Records | | x | | |
| 9. | | DHRPR-00782;ED 2066 | Salary History of Debi Humann | x | | | |
| 10. | 1/1/07 | DLH-00735 | City of Edmonds Humanitarian Award | | x | | |
| 11. | 1/11/08 | ED 3911 | Memorandum re: HR Staffing | | x | | |
| 12. | 3/10/08 | DLH-00748-00751 | Humann Performance Appraisal | | x | | |
| 13. | 7/9/08 | ED 001511 | Promotion Announcement | | x | | |
| 14. | 6/15/09 | DLH-00747 | Humann Performance Appraisal | | x | | |
| 15. | 3/24/10 | DLH-00743-00746 | Humann Performance Appraisal | | x | | |
| 16. | | DLH-00710-13 | Humann Letters of Recommendation | | x | | |
| 17. | 4/12/10 | DLH-03497-03498; 03556 | File notations by Dave Gossett | | | x | |
| 18. | 2010-2011 | ED 1047-1049 | Executive Assistant Job Description | | x | | |
| 19. | 7/3/10 | ED 00284-286 | Executive Assistant to the Mayor Employment Announcement | x | | | |
| 20. | 7/25/10 | ED 03895-03896 | Application for Employment by Kimberly Cole | | x | | |
| 21. | 8/2/10 | ED 03891 | Receipt of Personnel Policies (Cole) | | x | | |
| 22. | 8/2/10 | ED 03889 | Personnel Status Report (new hire Kimberly Cole) | x | | | |

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711