UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBI HUMANN,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF EDMONDS, a municipal corporation, and MICHEAL COOPER, in his individual and official capacities,<br><br>                Defendants. | CASE NO. C13-101 MJP<br><br>VERDICT FORM<br><br><br>Dated:<br><br><br><br>Marsha J. Pechman<br>Chief United States District Judge |

VERDICT FORM- 1

**CLAIM 1**: Do you find that the City of Edmonds wrongfully terminated Ms. Humann in violation of public policy on September 22, 2011?

    Yes ___      No ___

**CLAIM 2:** Do you find that the City of Edmonds wrongfully terminated Ms. Humann in violation of public policy when Mayor Earling laid her off on December 31, 2011?

    Yes ___      No ___

**CLAIM 3:** Do you find that the City of Edmonds retaliated against Ms. Humann in violation of the First Amendment when Mayor Earling laid her off on December 31, 2011?

    Yes ___      No ___

*If you answered "YES" to any of the above Questions, then proceed to the next question. If you answered "NO" to all of the above questions, proceed to Claim 4.*

What do you find to be Debi Humann's amount of damages?

Back Pay (January 1, 2012 to present):    $_____

Future Economic Damages:    $_____

Emotional Distress:

                  Termination:  $_____

                  Layoff:  $_____

                  TOTAL:  $_____

VERDICT FORM- 2

**CLAIM 4**.  Do you find that Micheal Cooper's public statements defamed Debi Humann?

  Yes \_\_\_   No \_\_\_

If yes, what do you find to be Debi Humann's amount of damages?

  Impairment of Reputation:      $_____
  Emotional Distress from Defamation:   $_____
  Future Economic Damages from Defamation: $_____

         TOTAL: $_____

You should award damages for each of the harms you find is supported by the evidence. However, do not award damages more than once for the same harm.

*SIGN AND DATE THE VERDICT FORM:*

_____    _____
DATE            FOREPERSON

VERDICT FORM- 3