UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBI HUMANN, | |
| Plaintiff, | Case No. C13-101 MJP |
| v. | TAXATION OF COSTS |
| CITY OF EDMONDS, a municipal corporation, and MICHAEL COOPER, in his individual and official capacities, | |
| Defendants. | |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against DEFENDANTS - CITY OF EDMONDS and MICHAEL COOPER, and on behalf of PLAINTIFF - DEBI HUMANN in the amount of $15,283.72 and included in the judgment as follows:

| | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  Fees of the Clerk. | $350.00 | -0- | $350.00 |
| II. Fees for service of summons and subpoena. | $309.05 | -0- | $309.05 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. Fees for transcripts. | $18,879.70 | $6,191.62 | $12,688.08 |

The clerk allowed as taxable costs those expenses incurred for depositions actually used by counsel in lieu of live testimony, to impeach or prepare for a witness that actually testified at trial. Deposition costs requested for Cordon, Webber, Chase, Taraday and Kim Cole's 4/15/2014 charge were not allowed. The cost of trial transcripts are not allowed. The clerk does not apportion the costs.

| | | | |
|---|---|---|---|
| IV. Fees for printing. | $62.68 | -0- | $62.68 |
| V.  Fees for witnesses. | $1,051.21 | $115.22 | $935.99 |

The witness fees for defendants, Michael Cooper and David Earling are not allowed.

| | | | |
|---|---|---|---|
| VI. Fees for copies. | $4,589.62 | $3,671.70 | $917.92 |

The clerk allowed costs for copying case-related documents, trial exhibits and materials directly related to trial.  General copying costs associated with litigation are not taxable.  The clerk limited allowable costs to 20% of the amount requested as reasonable.

| | | | |
|---|---|---|---|
| VII Docket fees under 28 U.S.C. 1923. | $20.00 | -0- | $20.00 |

Dated this ___17th___ day of April, 2015.

William M. McCool, Clerk
U. S. District Court

By:_____s/ Joseph Whiteley_____
       Joseph Whiteley, Deputy in Charge

TAXATION OF COSTS -- 2