# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBI HUMANN,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF EDMONDS et al.,<br><br>　　　　　　　　　Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C13-101 MJP |

X　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　　　THE JURY FOUND that the City of Edmonds wrongfully terminated Plaintiff in violation of public policy on September 22, 2011 (Claim 1), that the City of Edmonds wrongfully terminated Plaintiff in violation of public policy on December 31, 2011 (Claim 2), that the City of Edmonds retaliated against Plaintiff in violation of the First Amendment on December 31, 2011 (Claim 3), and found damages of $135,351 in back pay from January 1, 2012 to the present, $400,000 in future economic damages, and $0 for emotional distress, for a total of $535,351 on Claims 1–3; and further found that the City of Edmonds and former Mayor Micheal Cooper defamed Plaintiff (Claim 4), and found damages of $250,000 for impairment of reputation, $250,000 for emotional distress from defamation, and $0 for future economic damages for defamation, for a total of $500,000 on Claim 4.

　　　　The COURT FURTHER ORDERED

| | |
|---|---:|
| Pre-Judgment Interest | 412.09 |
| Post-Judgment Interest through June 8, 2015: | 801.91 |
| Tax Consequences: | 66,076.00 |
| Attorney's Fees through January 20, 2015: | 991,587.23 |

| | |
|---|---:|
| Non-Taxable Costs: | 30,794.83 |
| Taxable Costs: | 15,283.72 |
| Post-Trial Attorney's Fees since January 21, 2015: | 1,652.50 |
| Post-Trial Costs since January 21 2015: | 87.30 |

… resulting in a total judgment of $2,142,046.58.


Dated June 17, 2015.

                                                            <u>William M. McCool</u>
                                                            Clerk of Court

                                                            <u>s/Mary Duett</u>
                                                            Deputy Clerk