The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBI HUMANN,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF EDMONDS, a municipal corporation; and MICHAEL COOPER, in his individual and official capacities,<br><br>            Defendants. | CASE NO.:  2:13-cv-00101-MJP<br><br>**NOTICE OF SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on the 18th day of November, 2014, in favor of Debi Humann and against Defendants City of Edmonds and Michael Cooper, and includes interest, tax consequences, costs, and attorney fees subsequently awarded by the court as follows:

<u>Against Defendants City of Edmonds and Micheal Cooper, jointly and severally:</u>

    Defamation Damages:                                            $500,000.00

<u>Against Defendant City of Edmonds:</u>

    Employment/Constitutional Damages:               $535,351.00

    Pre-Judgment Interest:                                                  $412.09

    Post-Judgment Interest through June 8, 2015:          $801.91

NOTICE OF SATISFACTION OF JUDGMENT- 1
2:13-cv-00101

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711

|   |   |
|---|---|
| Tax Consequences: | $66,076.00 |
| Attorney's Fees through January 20, 2015: | $991,587.23 |
| Non-Taxable Costs: | $30,794.83 |
| Taxable Costs: | $15,283.72 |
| Post-Trial Attorney's Fees since January 21, 2015: | $1,652.50 |
| Post-Trial Costs since January 21 2015: | <u>$87.30</u> |
| **Total Judgment:** | **$2,142,046.58** |

AND WHEREAS judgment with interest and costs thereon has been fully paid to Plaintiff and her attorneys, it is certified that there are no outstanding damages, costs, or fees owing to Plaintiff by Defendants.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED:  July 15, 2015

*/s/ Beth Barrett Bloom*
Beth Barrett Bloom, WSBA # 31702
Attorney for Plaintiff Debi Humann
FRANK FREED SUBIT & THOMAS, LLP
705 Second Avenue, Suite 1200
Seattle, WA  98104
Phone: (206) 682-6711
Fax:    (206) 682-0401
Email: bbloom@frankfreed.com

NOTICE OF SATISFACTION OF JUDGMENT- 2
2:13-cv-00101

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798   (206) 682-6711

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Attorneys for Defendants City of Edmonds**

Jayne L. Freeman
Keating, Bucklin & McCormack
800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175

**Attorneys for Defendant Micheal Cooper**

John T. Kugler
Turner Kugler Law, PLLC
4700 42nd Ave. SW, Suite 5940
Seattle, WA  98116

I also hereby certify that I have mailed by U.S. Postal Service, First Class Postage prepaid, the foregoing document to the following non-CM/ECF participants:  NONE.

Executed at Seattle, Washington on the 15th day of July, 2015.

_____
Sheila Romoff

NOTICE OF SATISFACTION OF JUDGMENT- 3
2:13-cv-00101

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798  (206) 682-6711